## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT S. HILLARD,** | ) | **CASE NO. 4:08CV3031** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CITY OF FAIRBURY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 51.) In this Motion, Plaintiff seeks reconsideration of the court's September 9, 2009 Memorandum and Order that dismissed Plaintiff's equal protection claim. (Filing No. 50.) The court has carefully reviewed the record and finds no good cause to reconsider its previous Memorandum and Order.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 51) is denied.

DATED this 24th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.