IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT S. HILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3031 |
| | ) | |
| V. | ) | |
| | ) | |
| FAIRBURY, CITY OF, FAIRBURY POLICE DEPARTMENT, RICK CARMICHAEL, All to be sued in their individual and official capacities, BRETT WENTZ, All to be sued in their individual and official capacities, BROOKS BRYAN, All to be sued in their individual and official capacities, JEFFERSON, COUNTY OF, JEFFERSON COUNTY SHERIFF'S DEPT., NELS SORENSON, All to be sued in their individual and official capacities, BRYAN SPITZNOGLE, All to be sued in their individual and official capacities, and MATT SHULTZ, All to be sued in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Cheryl Zwart has been sworn in as our new Magistrate Judge in Lincoln. Following our past practice of referring the full range of activities to the Lincoln magistrate judge, it is my intention to do so with Judge Zwart. Accordingly,

IT IS ORDERED that:

(1) The following matter previously scheduled before the undersigned is herewith referred to Judge Zwart, to wit,

(A) <u>Nature of hearing</u>: Pretrial conference.

  (B) <u>Date and time of hearing</u>: Tuesday, June 22, 2010, at 9:00 a.m.

  (C) <u>Place of hearing</u>: Judge Zwart's chambers, Room 566, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

(2) Judge Zwart will issue a report and recommendation or order as is appropriate.

DATED January 21, 2010.

        BY THE COURT:

        *Richard G. Kopf*
        United States District Judge